IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND D. KIRKLAND,

    Petitioner,                   No. CIV S-02-1266 DFL CMK P

    vs.

D.K. BUTLER, et al.,

    Respondents.

_____/        ORDER

        Currently before the court is petitioner's motion for an evidentiary hearing. In light of the findings and recommendations filed on February 18, 2005, an evidentiary hearing is not appropriate at this time.

        IT IS ORDERED that petitioner's request for an evidentiary hearing is denied.

DATED: June 6, 2005.

                                  /s/ Craig M. Kellison
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE