DANIEL J. BRODERICK, #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioner
WAYLAND DEE KIRKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYLAND DEE KIRKLAND, ) | NO. CIV S 02-1266 RRB CMK |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v.   ) | |
| ) | |
| TERRY ROSARIO, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

    Pursuant to Petitioner's Motion to Continue CJA Appointment and to Substitute Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that counsel shall be appointed for Petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(b) and that STEPHANIE M. ADRAKTAS shall be substituted in as counsel for Petitioner in place of the Office of the

//

//

//

1 | Federal Defender for the Eastern District of California.

DATED: January 24, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE